**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:05CR155-T |
| v. ) | [21 USC 846] |
| ) | |
| LEIGH ROHAN and ) | |
| NICOLE BROADFOOT ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From an unknown date to on or about June 17, 2004, in Autauga County, Alabama, in the Middle District of Alabama, and elsewhere,

LEIGH ROHAN and
NICOLE BROADFOOT,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute approximately 50 grams of methamphetamine, and more than 266.3 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*[signature]*
TERRY F. MOORER
Assistant United States Attorney