Case 2:05-cr-00155-MHT-CSC  Document 25  Filed 07/19/2005  Page 1 of 1

**COURTROOM DEPUTY MINUTES**  DATE: JULY 19, 2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 3:08 p.m. - 3:311 p.m.

☒ INITIAL APPEARANCE
☒ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NO. 2:05CR155-T-CSC | DEFT. NAME: LEIGH ROHAN |
| USA: TERRY MOORER | ATTY: PAUL COOPER |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY |
| USPTSO/USPO: RON THWEATT | |

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES  NAME:_____

☒ kars.         Date of Arrest 7/19/05     or   ☐ karsr40
☒ kia.          Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
☒ kcnsl.        Deft. First Appearance with Counsel
☐               Deft. First Appearance without Counsel
☐               Requests appointed Counsel   ☒ **ORAL MOTION for Appointment of Counsel**
☒ kfinaff.      Financial Affidavit executed  ☐ to be obtained by PTSO
☒ koappted      **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
☒ k20appt.      Panel Attorney Appointed; ☒ to be appointed - prepare voucher
☐               Deft. Advises he will retain counsel. Has retained _____
☐               Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
☒               Government's **WRITTEN** Motion for Detention Hrg. filed.
☒ kdmhrg.       **Detention Hearing** ☐ held; ☒ set for 7/21/05 at 2:00pm
☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered ✓
☐ kodtn.        **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.    Release order entered. Deft. advised of conditions of release
☐ kbnd.         ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
                ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☒ kloc.(LC)     Bond **NOT** executed. Deft to remain in Marshal's custody
☐               Preliminary Hearing  ☐ Set for _____
☐ ko.           Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.       Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐               Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ karr.         **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
                ☐ Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
                **DISCOVERY DISCLOSURES DATE:** _____
☐ krmknn.       NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.      Identity/Removal Hearing set for _____
☐ kwvspt        Waiver of Speedy Trial Act Rights Executed