# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **ORDER OF TEMPORARY DETENTION** |
| ) | **PENDING HEARING PURSUANT TO** |
| ) | **BAIL REFORM ACT** |
| v.                               ) | |
| ) | |
| ) | CASE NO. 2:05CR155-T |
| LEIGH ROHAN               ) | |
| ) | |

## ORDER ON MOTION

Upon consideration the motion of the United States, it is **ORDERED** that the motion be and is hereby **GRANTED**, and that a detention hearing in the above case be and is hereby set for **July 21, 2005, at 2:00 p.m.** in The Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama, in the courtroom 4-B before the undersigned Chief United States Magistrate Judge.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 20th day of July, 2005.


                                                /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon the motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2). A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.