**COURTROOM DEPUTY MINUTES**  DATE: **JULY 21, 2005**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: __2:04 - 2:12__

- ☐ INITIAL APPEARANCE
- ☒ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☒ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **2:05CR155-T-CSC** | DEFT. NAME: **LEIGH ROHAN** |
| USA: **TERRY MOORER** | ATTY: **PAUL COOPER** |

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: **RON THWEATT**

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present  ✓ NO _____ YES    NAME: _____

- ☐ kars.    Date of Arrest _____ or  ☐ karsr40
- ☐ kia.     Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.   Deft. First Appearance with Counsel
- ☐          Deft. First Appearance without Counsel
- ☐          Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.  **Detention Hearing** ☐ held; ☐ set for _____ at _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☒ kocondrls. Release order entered. Deft. advised of conditions of release
- ☒ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $**25,000**. Deft released (kloc LR)
            ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐          Preliminary Hearing ☐ Set for _____
- ☐ ko.     Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☒ karr.   **ARRAIGNMENT** SET FOR: ____ ✗ HELD. Plea of **NOT GUILTY** entered.
            ✗ Set for **10/25/05** Trial Term; ✗ PRETRIAL CONFERENCE DATE: **8/30/05**
            DISCOVERY DISCLOSURES DATE: **7/22/05**
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☒ kwvspt  **Waiver of Speedy Trial Act Rights Executed**

Oral ORDER granting the Motion to Withdraw Detention hearing.