IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR155-T |
| | ) | |
| LEIGH ROHAN | ) | |

## **ORDER**

Upon consideration of the motion to withdraw detention motion and motion to seal (doc. # 29) and the motion to seal (doc. # 30) filed by the government, it is

ORDERED that the motions be and are hereby GRANTED and that this case file be and is hereby SEALED pending further order of the court.

Done this 21st day of July, 2005.

           /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE