IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        *
                                 *
                                 *
vs.                              *
                                 *     CASE NO. 2:05cr-155-T
                                 *
LEIGH ROHAN,                     *
    DEFENDANT.                   *

## MOTION TO CHANGE CONDITIONS OF PRE-TRIAL RELEASE

COMES NOW the Defendant and hereby moves that this court to change the conditions of her pre-trial release. As grounds, she states as follows:

1. Defendant Fredrick Tyrone Davis has been charged in a federal indictment in a one count indictment for the conspiracy to distribute and the to possess with the intent to distribute 50 grams of methamphetamine and 266.3 grams of a mixture containing a detectible amount of methamphetamine, in violation 21 U.S.C. §§ 841(a)(1) and 846.

2. On July 19, 2005 the government initially filed a detention motion, but on later July 20, 2005 it filed an unopposed motion to withdraw their detention motion and a motion to seal so that Defendant could engage in a proactive investigation with the Government. Further, the defendant agreed to follow all rules of Pre-Trial Services and agreed to wear an electronic monitoring device.

3. This court granted said motions, the Defendant signed a non-surety bond for $25,000, and the court further set the conditions of release on about July 21, 2005.

4. Consequently, Defendant has fully and successfully compiled with all rules and regulations of the Pre-Trial Services.

5. Now, Defendant requests that the conditions of her pre-trial release be modified to allow her additional hours to be away from her detention residence.

Wherefore, these premises considered, Defendant requests that this motion be set for a hearing and afterwards the Court grant

this motion.

*S/Paul R. Cooper*
S/Paul R. Cooper
COOPER & COOPER
ATTORNEYS AT LAW
312 Scott Street
Montgomery, AL 36104
ASB-1152-R78P
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August 2005, I filed a copy of the foregoing with the Clerk of the Court and mailed a copy by U.S. Mail, first class postage, to Terry Moorer, Assistant United States Attorney, P.O. Box 197, Montgomery, AL

Respectfully Submitted,

*S/Paul R. Cooper*
S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
312 Scott Street
Montgomery, AL 36104
ASB-1152-R78P
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com