| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   AUGUST 22, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 11:10 - 1:13** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u>**      **DEPUTY CLERK: <u>WANDA STINSON</u>**

**CASE NUMBER: <u>2:05CR155-T-CSC</u>**      **DEFENDANT NAME: <u>LEIGH ROHAN</u>**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TERRY MOORER | ATTY.  PAUL COOPER |

❏ **DISCOVERY STATUS:**   NONE

_____
_____

√ **PENDING MOTION STATUS:** NONE.   Motion to change conditions of pretrial release; Motion to Suppress and brief.  Hearing on the motion to suppress set for 8/26/05 at 10:00 a.m.

_____
_____

❏ **PLEA STATUS:**

_____
_____

√ **TRIAL STATUS:**   Will take 3 days to try case, if case goes to trial.

_____
_____

√ **REMARKS:**  Counsel advised to get with the pretrial service officer for an order on the motion to modify conditions of release.

_____
_____