## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **CASE NO.  2:05CR155-T** |
| | ) | |
| **LEIGH ROHAN** | ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on August 22, 2005 before the undersigned Magistrate Judge.  Present at this conference was the Honorable Paul R. Cooper, counsel for the defendant, and Assistant United States Attorney Terry Moorer, counsel for the government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **October 12, 2005**.  The trial of this case is set for the trial term commencing on **October 12, 2005**, before United States District Judge Myron H. Thompson and is expected to last three (3) trial days.

2.  The following motion is pending:  Defendant's Motion to Suppress and Brief.  An evidentiary hearing on Defendant's Motion to Suppress is set for **August 26, 2005** at **10:00 a.m.**

3.  Proposed voir dire questions shall be filed on or before **October 5, 2005.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All motions in limine shall be filed on or before **October 5, 2005**.  Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before **October 5, 2005.**

6. The last day on which the court will entertain a plea pursuant to Rule 11(c)(1)(A) or (C) plea is **October 5, 2005.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **October 12, 2005.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **October 12, 2005**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 24th day of August, 2005.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE