# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | **AT** | **MONTGOMERY, ALABAMA** |
| **DATE COMMENCED:** 8/26/05 | **AT** | 10:59 a.m. to 11:33 a.m. |
| **DATE COMPLETED:** 8/26/05 | **AT** | Digital Recorded |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 2:05CR155-F-CSC |
| LEIGH ROHAN | * | |
| Defendant | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Terry Moorer | | Atty. Paul Cooper |

### COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY**: WANDA STINSON    **COURT REPORTER**: JAMES DICKENS

**LAW CLERK**: CORRIE LONG

( X ) OTHER PROCEEDINGS: **SUPPRESSION HEARING**

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | Suppression hearing - 2:05CR155-T-CSC ||
| **Date** 8/26/2005 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:59:21 AM | Court | Court convenes; partis present as noted; Discussion of case being sealed and problems with individuals in the courtroom ; |
| 10:59:40 AM | Atty. Cooper | No problems with witnesses in the audience; |
| 10:59:42 AM | Court | Any one wish the rule? |
| 10:59:47 AM | Atty. Moore | No. Response; Would like to proceed by way of proffer to the court; Discussion of incident of bag found on the interstate by citizens ; Discussion of narcotics found at the scene; Discussion of traffic incident with a gury named Steve Wilson by MPD prior to incident surrounding the arrest of deft and co-deft; |
| 11:04:34 AM | Atty, Cooper | Calls Raymond DeJohn, Task Force Agent, witness sworn and seated; Discussion of investigation of incident of crime scene; Discussion of defts involvement in other investigations; Discusssion of the arrest of the defendant; |
| 11:23:21 AM | Atty. Moorer | Cross examination of witness; |
| 11:24:35 AM | Atty. Cooper | Re-direct of witness; |
| 11:26:03 AM | Court | Witness is excused; |
| 11:26:26 AM | Atty. Cooper | Addresses the court as to problem with probable cause; |
| 11:26:40 AM | Court | Response regarding the defts pulling up to scene of the investigation; |
| 11:27:17 AM | Atty. Cooper | Response; |
| 11:27:21 AM | Court | Discussion of the smell of marijuana; does it creates probable cause or suspicion; |
| 11:27:39 AM | Atty. Cooper | Response regarding the arrest of the deft; |
| 11:28:06 AM | Court | Questions as to when the defts were arrested; |
| 11:28:08 AM | Atty. Cooper | Response that defts were not in a high crime area; |
| 11:28:29 AM | Court | What difference does that make; |
| 11:28:33 AM | Atty. Cooper | Response; |
| 11:29:55 AM | Court | Questions as to the whether smell of marijuana is sufficient to establish probable cause; |
| 11:30:12 AM | Atty. Cooper | Response; |
| 11:30:20 AM | Court | If it's probable cause, then search was valid and everything else following the search; |
| 11:31:11 AM | Atty. Cooper | Response; |
| 11:31:39 AM | Court | Will take it under ad |
| 11:31:45 AM | Atty. Moorer | Informs the court of incident with Mr. Wilson occurred in the same day. Discussion of outstanding warrant for person in car; |
| 11:32:24 AM | Atty. Cooper | That was an outstanding misdemeanor warrant; |
| 11:32:29 AM | Atty. Moorer | It was a misdemeanor warrant; |
| 11:32:32 AM | Atty. Cooper | On a traffic offense; |
| 11:32:40 AM | Court | Response; |

| | | |
|---|---|---|
| 11:32:54 AM | Atty. Moorer | Addresses the court as to the deft being on electronic monitoring and ask that the court release deft from the electronic montoring; |
| 11:33:04 AM | Court | Counsel advised to file a written motion; |
| 11:33:05 AM | Atty. Moorer | Will file that this afternoon; |
| 11:33:05 AM | Court | Assuming there is no objections from the defense counsel |
| 11:33:05 AM | Atty. Cooper | No, |
| 11:33:10 AM | Court | Court is recessed. |
| | | |