IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            *
                                    *
      Plaintiff                     *
                                    *
VS.                                 *        CASE NO.: 2:05CR155-T-CSC
                                    *
LEIGH ROHAN                         *
                                    *
      Defendant                     *

## WITNESS LIST:

**GOVERNMENT**                              **DEFENDANT**


1.                                  1.    Raymond DeJohn, TFA

2.                                  2.