IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | CASE NO. 2:05cr-155-T |
| | * | **UNDER SEAL** |
| LEIGH ROHAN, | * | |
| DEFENDANT. | * | |

### ORDER ON DEFENDANT'S
### MOTION TO CHANGE CONDITIONS OF PRE-TRIAL RELEASE

This matter comes before the Court on Defendant Leigh Rohan's MOTION TO CHANGE CONDITIONS OF PRE-TRIAL RELEASE. (doc. # 39)

After due consideration upon good cause shown, it is

ORDERED that the motion be and is hereby granted, and that Leigh Rohan is permitted to participate in the "Earned Leave Program" as established by the United States Probation Office.

Done this 26th day of August, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE