IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-155-T |
| | ) | |
| LEIGH ROHAN | ) | **UNDER SEAL** |
| | ) | |

## MOTION TO REMOVE ELECTRONIC MONITORING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and submits the above-captioned motion. In support of this motion, the Government offers the following:

Defendant Rohan is actively cooperating with the United States in a proactive investigation. Defendant Rohan is presently wearing an electronic monitor which interferes with her ability to cooperate in this investigation. The United States, therefore, asks that Defendant Rohan be removed from the electronic monitoring. Defendant Rohan has complied with all bond conditions to date.

Counsel for Defendant Rohan does not object to the instant request.

Respectfully submitted this the 26th day of August, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

TERRY F. MOORER   ASB-1176-O73T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov

E-mail: terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05-cr-155-T |
| | ) | |
| LEIGH ROHAN | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2005, I hereby certify that I have served a copy of the foregoing, by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to Paul R. Cooper, Esquire.

Respectfully submitted,

/s/ Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T