IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR155-T |
| | ) | |
| LEIGH ROHAN | ) | |

**ORDER**

Upon consideration of the motion to remove electronic monitoring (doc. # 49) filed by the United States, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 29th day of August, 2005.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE