IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| | * | |
| vs. | * | CASE NO. 2:05cr155-T |
| | * | **UNDER SEAL** |
| LEIGH ROHAN, | * | |
| DEFENDANT. | * | |

RECEIVED
2005 SEP -1  A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

### NOTICE OF INTENT TO FILE PLEA

COMES NOW LEIGH ROHAN and hereby gives notice of her intent to file a plea of guilt.

_____
LEIGH ROHAN

_____
PAUL R. COOPER (COO022)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

### CERTIFICATE OF SERVICE

I hereby certify on this the 30TH day of August, 2005. I have served a copy of the foregoing Notice upon the following, by placing a copy of the same in the United States Mail properly addressed and postage prepaid, or hand delivery.

_____
Paul R. Cooper

Terry Moorer, Esq.
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101-0197