IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
vs.                           )          CR. NO. 2:05CR155-T
                              )
LEIGH ROHAN                   )

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #52) filed on

September 1, 2005, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for

**September 21, 2005**, at **9:00 a.m.,** in courtroom 4B, United States Courthouse Complex,

One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for the proceeding.

Done this 6th day of September, 2005.


                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE