| COURTROOM DEPUTY MINUTES | DATE: 9/21/2005 | FTR RECORDING: 9:14 - 9:26 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: MITCHELL REISNER | |

❏ ARRAIGNMENT         √ CHANGE OF PLEA         ❏ CONSENT PLEA

❏ RULE 44(c) HEARING         ❏ SENTENCING

PRESIDING MAG. JUDGE: *CHARLES S. COODY*   DEPUTY CLERK: *WANDA STINSON*
CASE NUMBER: *2:05CR155-T-CSC*   DEFENDANT NAME: *LEIGH ROHAN*
AUSA: *SUSAN REDMOND*   DEFENDANT ATTY: *PAUL COOPER*

Type Counsel: ( ) Waived; ( ) Retained; (√) Panel CJA; ( ) CDO

USPO: *JOANNE SELLERS*

Defendant _____ does __√__ does NOT need and interpreter.
Interpreter present? __√__ NO _____ YES   Name: _____

❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **FELONY INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity
√ Guilty as to:   √ Count(s) __1__   of the Indictment.
❏ Count(s) _____   ❏ dismissed on oral motion of USA;
❏ to be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.
   ❏ **ORDERED SEALED.**
√ **ORAL ORDER** Adjudicating defendant guilty.
√ **ORDER:** Defendant Continued under √ Same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order
❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.