IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | CASE NO. 2:05cr-155-T |
| | * | **UNDER SEAL** |
| LEIGH ROHAN, | * | |
| DEFENDANT. | * | |

### MOTION TO SENTENCE AFTER DECEMBER 2005

COMES NOW the Defendant and hereby moves that the court sentence Defendant after December 2005. As grounds, she states as follows:

1. Defendant Rohan has been charged in a federal indictment in a one count indictment for the conspiracy to distribute and the to possess with the intent to distribute 50 grams of methamphetamine and 266.3 grams of a mixture containing a detectible amount of methamphetamine, in violation 21 U.S.C. §§ 841(a)(1) and 846.

2. On July 19, 2005 the government initially filed a detention motion, but on later July 20, 2005 it filed an unopposed motion to withdraw their detention motion and a motion to seal so that Defendant could engage in a proactive investigation with the Government. Further, the defendant agreed to follow all rules of Pre-Trial Services and agreed to wear an electronic monitoring device.

3. This court granted said motions, the Defendant signed a non-surety bond for $25,000, and the court further set the conditions of release on about July 21, 2005.

4. Consequently, Defendant has fully and successfully compiled with all rules and regulations of the Pre-Trial Services. She is no longer under electronic monitoring pursuant to the unopposed motion of the Government and Court order dated August 6, 2005. She is gainfully employed in her sister's restaurant.

5. On September 21, 2005 Defendant entered a plea of guilt pursuant to a plea agreement under Rule 11(c)(1)(C) Federal Rules of Criminal Procedure and awaits her sentence.

    6.    She requests that the sentence hearing be held after December 2005. It is expected that Defendant's sister, Sissy Shaw, will obtain custody of Defendant's daughter, Lindsay Rohan, age 13, sometime in late November/early December 2005 after a court hearing involving Defendant ex-husband.

    7.    That Defendant desires to participate in numerous Christmas activities during December 2005 with her 13 year old daughter. It is anticipated that there will be several traditional family functions during December 2005 in which would be in the best interest of her daughter and herself to prepare for her departure.

    Wherefore, these premises considered, Defendant requests that her sentence be set after December 2005.

_____
COOPER & COOPER
ATTORNEYS AT LAW
312 Scott Street
Montgomery, AL 36104
ASB-1152-R78P
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the September 21, 2005, I filed a copy of the foregoing with the Clerk of the Court and mailed a copy by U.S. Mail, first class postage, to Terry Moorer, Assistant United States Attorney, P.O. Box 197, Montgomery, AL

_____
Paul R. Cooper
Attorney for Defendant

# COOPER & COOPER
### ATTORNEYS AT LAW
312 SCOTT STREET
MONTGOMERY, ALABAMA 36104

JAMES R. COOPER, JR.
PAUL R. COOPER

(334) 262-4887
(334) 262-4880 FAX

jrc@cooperandcooperlaw.com
prc@cooperandcooperlaw.com

*RECEIVED 2005 SEP 22 A 9: 45 U.S. DISTRICT COURT CLK MIDDLE DISTRICT ALA*

September 21, 2005

Debra Hackett
United States Clerk
P.O. Box 711
Montgomery, Al 36101


RE:   U.S. v. Rohan
      Case No. 2:05cr-155-T
      Under Seal

Dear Ms. Hackett:

   Please file the enclosed MOTION TO SENTENCE AFTER DECEMBER 2005. Please call if you have any questions. Thank you.


                              Very truly yours,

                              *Paul R. Cooper*
                              Paul R. Cooper

PRC/alm