IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:05-cr-155-T |
| ) | |
| LEIGH ROHAN ) | UNDER SEAL |
| ) | |

## GOVERNMENT'S MOTION TO AWARD 3 POINTS TO DEFENDANT FOR ACCEPTANCE OF RESPONSIBILITY PURSUANT TO § 3E1.1, UNITED STATES SENTENCING GUIDELINES

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. The Defendant timely notified the United States she intended to enter a plea of guilty and did so in a manner which obviated the need for the United States to prepare for trial. A grand jury sitting in the Middle District of Alabama returned an indictment against Defendant and the defendant promptly pleaded guilty.

2. Pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility, such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

3. The government requests that this motion be sealed.

Respectfully submitted, this the 10th day of January, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

TERRY F. MOORER / ASB-1176-O73T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135 E-mail:terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:05-cr-155-T |
| | ) | |
| LEIGH ROHAN | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I served counsel notification of filing by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to: Paul R. Cooper, Esquire.

Respectfully submitted,

/s/ Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T