IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA        )
                                )
         v.                     )      CRIMINAL ACTION NO.
                                )        2:05cr155-MHT
LEIGH ROHAN                     )

<u>ORDER</u>

It is ORDERED that the sentencing, now set for January 17, 2006, is reset for January 26, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 12th day of January, 2006


      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE