AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

LEIGH ROHAN

**NOTICE**

CASE NUMBER: 2:05cr00155-001-MHT

TYPE OF CASE:

☐ CIVIL   X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING HEARING before Judge Myron H. Thompson (SEALED CASE)**

X **TAKE NOTICE** that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | January 27, 2006 at 2:00 p.m. | **January 27, 2006, at 2:45 p.m.** |

*Debra P. Hackett*
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 25, 2006
DATE

(BY) DEPUTY CLERK