# MINUTES

**SEALED CASE**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JANUARY 26, 2006           AT       1:18       A.M./P.M.

DATE COMPLETED   JANUARY 26, 2006           AT       1:36       A.M./P.M.

```
UNITED STATES OF AMERICA        )
                                )
     v                          )    Cr No. 2:05cr155-MHT
                                )
LEIGH ROHAN                     )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Terry Moorer | X | |
| | X | Atty Paul Roy Cooper |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

1:18 p.m.   Court convened.
            Sentencing hearing commenced.
            Terms of plea agreement were stated on the record; PO
            concurs with the agreement; Court **accepts plea agreement**.
            Sentence imposed at 41 months.  Order entered releasing the
            defendant under the same conditions imposed by the
            Magistrate Judge on 7/22/05, pending voluntary surrender.
1:36 p.m.   Court adjourned.