# CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

Case 2:05-cr-00155-MHT-CSC     Document 85     Filed ... Page 1 of 6

| 1. CIR./DIST./DIV. CODE ALM | 2. PERSON REPRESENTED Rohan, Leigh | | VOUCHER NUMBER 06031 4 EC0260 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:05-000155-001 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Rohan | 8. PAYMENT CATEGORY Felony | 9. TYPE PERSON REPRESENTED Adult Defendant | 10. REPRESENTATION TYPE (See Instructions) Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
COOPER, PAUL R
312 SCOTT ST
MONTGOMERY AL 36104

Telephone Number: (334) 262-4887

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
- [X] O  Appointing Counsel
- [ ] C  Co-Counsel
- [ ] F  Subs For Federal Defender
- [ ] R  Subs For Retained Attorney
- [ ] P  Subs For Panel Attorney
- [ ] Y  Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
- [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
- [ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order    07/17/2005
Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   [ ] YES   [ ] NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15.** a. Arraignment and/or Plea | 1.10 | | | | |
| b. Bail and Detention Hearings | .80 | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | 1.00 | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $        ) TOTALS: | 2.90 | $203.00 | 171.00/92.00 | 263.00 | wfr |
| **16.** a. Interviews and Conferences | 17.30 | | 15.9/1.4 | | wfr |
| b. Obtaining and reviewing records | 1.40 | | 1.6 | | wfr |
| c. Legal research and brief writing | 4.00 | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | 0.90 | | | | |
| (Rate per hour = $        ) TOTALS: | 23.60 | $1,180.00 | 22.8/1.4 = 2.06/128.00 = 2148.80 | | wfr |
| **17.** Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | wfo |
| **18.** Other Expenses (other than expert, transcripts, etc.) | | | | | wfr |
| | | $1,383.0 | | 2407.80 | wfr |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM 7/17/05 TO 1/26/06 | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION Guilty 4 |
|---|---|---|

**22. CLAIM STATUS**   [X] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [X] NO   If yes, were you paid?   [ ] YES   [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   [ ] YES   [X] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: 2/9/2006

| 23. IN COURT COMP. $263.00 | 24. OUT OF COURT COMP. $2144.80 | 25. TRAVEL EXPENSES –0– | 26. OTHER EXPENSES –0– | 27. TOTAL AMT. APPR / CERT $2407.80 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER Myron H. Thompson | | | DATE 2-17-2006 | 28a. JUDGE / MAG. JUDGE CODE 2706 |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMOUNT APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

**Federal In Court Time Sheet**
USA vs.   Leigh Rohan

Case No:    2:05-cr-155-MHT
Voucher No:

| Date | Description of Activity | Arraignment or Plea | Bail & Detention Hearings | Motion Hearings | Trial | Sentencing Hearings | Revocation Hearings | Appeals Court | Other (Secify on additional Sheet s) |
|---|---|---|---|---|---|---|---|---|---|
| | Initial App. Hearing | | | | | | | | |
| | Detention Hearing | | | | | | | | |
| | Arraignment Hearing | 0.30 | 0.50 | | | | | | |
| | Guilty Plea | 0.80 | 0.30 | | | | | | |
| | Sentence | | | | | 1.00 | | | |
| | | 1.10 | 0.80 | | | 1.00 | | | |

Grand Total =
Hours 2.9
$70.00 per hr.
$203.00

*Bill at new rate: $92.00 per hr.*

1.9 @ 90.00 = $171.00
1.0 @ 92.0 = 92.00
$263.00

Federal Out of Court Time Sheet
USA vs. Leigh Rohan

Case No: 2:05-cr-155-MHT
Voucher No:

| Date | Brief Description of services | Interview & Conferences | Obtaining & Reviewing Records | Legal Research & Brief Writing | Travel Time | Investigative & Other Work |
|------|------------------------------|-------------------------|-------------------------------|--------------------------------|-------------|----------------------------|
| | Telephone call with federal public defendant | 0.10 | | | | |
| | Review Indictment | | 0.20 | | | |
| | Conference w/ client | 1.00 | | | | |
| | Telephone call with ABI | 0.20 | | | | |
| | Proffer meeting | 5.00 | | | | |
| | Review order | | 0.10 | | | |
| | Legal research | | | 0.40 | | |
| | Conference w/ client | 0.40 | | | | |
| | Telephone call with client | 0.40 | | | | |
| | Telephone call with client | 0.20 | | | | |
| | Conference w/ client | 1.00 | | | | |
| | Telephone call with Terry Moorer | 0.20 | | | | |
| | Telephone call with client | 0.20 | | | | |
| | Telephone call with client | 0.20 | | | | |
| | Telephone call with Joe Herman | 0.10 | | | | |
| | Telephone call with client | 0.20 | | | | |
| | Telephone call with client | 0.40 | | | | |
| | Fax USPS | | | | | |
| | Motion to Change Condition | | | | | 0.20 |
| | Pretrial | | | 0.40 | | |
| | Conference w/ client and AUSA | 0.50 | | 0.50 | | |
| | Telephone call with Bernard Ross, USPO | 0.20 | | | | |
| | Prep. of Draft. Order, & letter | | | 0.50 | | |
| | Telephone call with cler, Sheila Carnes | 0.10 | | | | |
| | E-mail Proposed Order | | | | | |
| | Conference w/ client | 1.40 | 0.20 | | | |
| | Fax, Bernard Ross, USPO | | | | | |
| | Telephone call with cler, Sheila Carnes | 0.20 | | | | 0.20 |
| | Telephone call with cler, Sheila Carnes | 0.10 | | | | |
| | Review Orders | | 0.30 | | | |
| | Telephone call with client | 0.20 | | | | |
| | Prep. of Notice & letter | | | | | |
| | Conference w/ client | 0.10 | | | | |
| | Telephone call with clerk | 0.10 | 0.10 | | | |
| | Review Order | | | | | |
| | Telephone call with client | 0.10 | | | | |
| | Telephone call w/US Attorneys office | 0.20 | | | | |
| | Telephone call w/client | 0.10 | | | | |

TOTAL

12.90

0.70

2.00

0.00

0.40

**Federal Out of Court Time Sheet**
**USA vs. Leigh Rohan**

Case No: 2:05-cr-155-MHT
Voucher No:

| Date | Brief Description of services | Interview & Conferences | Obtaining & Reviewing Records | Legal Research & Brief Writing | Travel Time | Investigative & Other Work |
|---|---|---|---|---|---|---|
| | Telephone call w/ client | 0.10 | | | | |
| | Telephone call w/ client | 0.10 | | | | |
| | Conference w/ client | 0.50 | | | | |
| | Telephone call w/ client | 0.10 | | | | |
| | Telephone call w/ jo Ann Seller, USPO | 0.10 | | | | |
| | **Motion to Sentence** | | | | | |
| | Telephone call w/ client | 0.10 | | | | |
| | Telephone call w/ client | 0.10 | | | | |
| | Conference w/ client & USPO | 1.00 | | | | |
| | Review Order | | | | | |
| | Telephone call w/ client | 0.10 | 0.10 | 0.50 | | |
| | Letter to client | | | | | |
| | Review PSR | | | | | |
| | Research and review PSR | | 0.40 | 1.50 | | 0.20 |
| | Telephone call w/ client | 0.50 | 0.20 | 1.50 | | |
| | Review PSR | | | | | |
| | letter to USPO | | | | | |
| | Telephone call w/ client   *GRAND TOTAL* | 15.9 / 0.30 | 1.6 | 4.0 | | .9 / 0.30 |
| | Telephone call w/ client | 0.40 | | | | |
| | Telephone call w/ USPo re:self surrender | 0.20 | | | | |
| | Telephone call w/ USPo re:self surrender | 0.20 | | | | |
| | Telephone call w/Federal Public Defendant | 0.20 | | | | |
| | Telephone call w/Federal Clerk | 0.10 | | | | |
| | Telephone call w/Federal Clerk | 0.10 | | | | |
| | Telephone call w/Christine Freeman | 0.10 | | | | |
| | Telephone call w/Federal Clerk | 0.10 | | | | |
| | Telephone call w/Sheila Carnes | 0.10 | | | | |
| | *GRAND TOTAL* | 1.4 | | | | |

| TOTAL | 4.40 | 0.70 | 2.00 | 0.00 | 0.50 |
|---|---|---|---|---|---|

Grand Total=
Hours 23.6
$50.00 per hr.
$1,180.00

$$22.4 @ 90.00 = \$2,016.00$$
$$1.4 @ 92.00 = \$ 128.80$$
$$\overline{\$ 2,144.80}$$