

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons
FEDERAL PRISON CAMP

*Marianna, FL 32446*

May 12, 2006

The Honorable Myron H. Thompson
United States District Judge
U. S. Courthouse
One Church Street
Montgomery, AL 36104

RE:   ROHAN, Leigh
       Reg. No. 11735-002
       Docket No. 2:05-CR-00155-MHT

Dear Judge Thompson:

Thank you for your recommendation in a criminal case dated January 26, 2006, concerning Leigh Rohan. You recommended Ms. Rohan be placed in the 500-Hour Residential Drug Treatment Program.

Ms. Rohan arrived at the Federal Prison Camp in Marianna, Florida, on April 17, 2006, to serve a 41-month sentence for Conspiracy to Distribute and Possession With Intent to Distribute Methamphetamine. Her projected release date is April 4, 2009, via Good Conduct Time.

Ms. Rohan received an initial classification with her Unit Team on May 11, 2006. Unfortunately, the Residential Drug Treatment Program is not available at FPC, Marianna. However, based on your recommendation, she will be considered for the Residential Drug Treatment Program offered at an appropriate institution and will be encouraged to participate in our 32-hour Drug Education Class.

We appreciate your interest in Ms. Rohan's incarceration needs. Please do not hesitate to contact us if we can be of further assistance.

Sincerely,

*[signature] Acting*

J. Barron, Jr.
Warden