IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-155-MHT |
| | ) | |
| LEIGH ROHAN | ) | |

### MOTION TO UNSEAL CASE

Now comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to unseal the case file as it relates to Defendant Leigh Rohan. On January 26, 2006, Defendant Rohan was sentenced. As a result, the United States respectfully moves the Court to unseal the case file.

Respectfully submitted this the 27th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-155-MHT |
| | ) | |
| LEIGH ROHAN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, I filed the foregoing with the Clerk of the Court, and I hereby certify that I have mailed by United States Postal Service the document to the following: Paul R. Cooper, Esquire.

Respectfully submitted,

/s/ Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christa.d.deegan@usdoj.gov