IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-155-MHT |
| | ) | |
| LEIGH ROHAN | ) | |

### ORDER TO UNSEAL CASE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to unseal the case as it relates to Leigh Rohan.

Respectfully submitted this _____ day of June, 2007.

_____
United States District Judge