IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr155-MHT |
| **LEIGH ROHAN** | ) | |

### ORDER

It is ORDERED that the motion to unseal case (Doc. No. 90) is granted.

DONE, this the 9th day of July, 2007.

                                           /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**