```
          IN THE UNITED STATES DISTRICT COURT OF
                MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA,   *
                            *
                            *
vs.                         *      CASE NO. 2:05cr-155-T
                            *
LEIGH ROHAN,                *
     DEFENDANT.             *

**MOTION TO AMEND SENTENCE UNDER 18 U.S.C. 3582(A) TO CHANGE LOCATION OF HALF-WAY HOUSE CONFINEMENT**

COMES NOW the Defendant pursuant to 18 U.S.C. 3582(a) and requests that the Court amend its sentence and judgment to make a recommendation to the Bureau of Prisons concerning the type of "prison facility" available for defendant at the end of her sentence. She moves that this court change the location and conditions of her confinement at a half-way house. As grounds, she states as follows:

1. On September 1, 2005 Defendant pleaded guilty to Count One of an indictment for the conspiring to distribute and possess with the intent to distribute 50 grams of methamphetamine and more than 266.3 grams of a mixture containing a detectible amount of methamphetamine.

2. On February 6, 2006 she was sentenced to 41 months in the penitentiary and ordered to surrender on April 17, 2006.

3. She has successfully completed the Intensive Residential Drug Treatment program in Bryan, Texas. She is scheduled to be released and assigned to a half-way house on February 13, 2008 for six months.

4. Originally she was to be assigned to the half-way house in Montgomery, Alabama. However, it has closed for lack of funds. Now, she is to be assigned to a half-way house in Atlanta, Georgia.

5. Defendant requests that the Defendant be assigned to "home confinement" with her sister, Marion Shaw, 4501 Wares Ferry Road,

Montgomery, AL 36109.  She will have a job at her sister's restaurant, Peyton's Place, at 5344 Atlanta Highway, Montgomery, AL 36109.

6.   While on Pretrial Release, she successfully lived and worked with her sister.

Wherefore, these premises considered, Defendant requests that her attorney be appointed under the Criminal Justice Act to represent her, that this matter be set for a hearing, and that the court amend its judgment to recommend or order that Defendant be allowed to spend her 6 month confinement in a halfway house at the end of her sentence at her sister's home under home confinement.

Done this 29 January 2008.

>S/Paul R. Cooper
> COOPER & COOPER
> ATTORNEYS AT LAW
> 312 Scott Street
> Montgomery, AL 36104
> ASB-1152-R78P
> Phone: (334)262-4887
> Fax:  (334)262-4880
> E-mail: prc@cooperandcooperlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 29 January 2008 I did electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: An Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

>S/Paul R. Cooper
> Paul R. Cooper (ASB-1152-R78P)
> COOPER & COOPER
> 312 Scott Street
> Montgomery, AL 36104
> Phone: (334)262-4887
> Fax:  (334)262-4880
> E-mail: prc@cooperandcooperlaw.com