IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:05cr155-MHT
LEIGH ROHAN                 )
```

### ORDER

Upon consideration of the motion to amend sentence (Doc. No. 93), it is ORDERED as follows:

(1) Said motion is set for submission, without oral argument, on February 15, 2008.

(2) By no later than February 8, 2008, defendant Leigh Rohan is to submit a brief addressing how the court has authority to amend the sentence. Defendant is to indicate what specific statue or rule allows such.

(3) By February 15, 2008, the government and probation are to file responses to the motion.

It is further ORDERED that the clerk of the court is to arrange for the appointment of an attorney for defendant Rohan.

DONE, this the 30th day of January, 2008.


                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE