IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr155-MHT |
| LEIGH ROHAN | ) | |

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 97) is granted.

DONE, this the 5th day of February, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**